PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
                 ☐ Indictment ☐ Charges/Counts Added
                 ☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT — Las Vegas
DISTRICT OF NEVADA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: **Ellenrose Jarmolowich**
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): **LISA CARTIER-GIROUX**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Mari Panovich ~ FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.
2:16-mj-179-PAL

Place of offense: _____ County

---

CASE NO. 2:16-cr- //00

USA vs.

Defendant: JAN ROUVEN FUECHTENER

Aka Lars Schmidt

Address:

☐ Interpreter Required   Dialect: _____

Birth Date _____   ☑ Male ☐ Alien (if applicable)
           ☐ Female

Social Security Number _____

### DEFENDANT

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts ___4___

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18/2252A(a)(5)(B) | Possession of Child Pornography | 1 |
| 4 | 18/2252A(a)(2)and(b) | Receipt of Child Pornography | 2 |
| 4 | 18/2252A(a)(2)and(b) | Distribution of Child Pornography | 3 |
| 4 | 18/2251(d)(1)(A) | Advertising Child Pornography | 4 |